FILED

JAN 3 0 2012

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR5744-JLS |
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS CRIMINAL INFORMATION** |
| v. | |
| MARTHA CECILIA LOPEZ-SOTO, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Information in Case No. 11CR5744-JLS against defendant MARTHA CECILIA LOPEZ-SOTO be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 1/27/12

HONORABLE JANIS L. SAMMARTINO
United States District Judge